

# NUMBER 13-10-00056-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ANNA M. MOORE, Appellant,

v.

DEPARTMENT OF AGING & DISABILITY
SERVICES, A TEXAS STATE AGENCY, Appellee.

### On appeal from the 319th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Garza
### Memorandum Opinion Per Curiam

Appellant, Anna M. Moore, perfected an appeal from a judgment entered by the

319th District Court of Nueces County, Texas, in cause number 08-4220-G. Appellant

has filed an unopposed motion to dismiss the appeal on grounds that the appellant no

longer wishes to pursue this matter.  Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed
the 13th day of May, 2010.